United States Bankruptcy Court
Eastern District of Michigan
Southern Division

In re:
Ervin B. Evans and
Melissa G. Johnson-Evans,   Case No. 06-40957-R
               Debtors.   Chapter 13
_____/

Order Overruling Ford Motor Credit's Objection to Chapter 13 Plan

For the reasons stated in the opinion entered this date, it is hereby ordered that Ford Motor Credit's objection to confirmation is overruled.

**Entered: September 13, 2006**

                                                    /s/ Steven Rhodes
                                            **Steven Rhodes**
                                            **Chief Bankruptcy Judge**